UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 10-08667 DMG (AGRx) | Date | January 3, 2011 |
|---|---|---|---|

| Title | *Cassin et al. v. Bank of America Na, LLC et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On December 3, 2010, this Court granted Defendants' motion to dismiss Plaintiffs' complaint with leave to amend, giving Plaintiffs twenty-one days within which to file an amended complaint. Plaintiffs failed to file an amended complaint by the December 24, 2010 due date.

As such, Plaintiffs are ORDERED TO SHOW CAUSE in writing no later than January 14, 2011 why this action should not be dismissed for lack of prosecution. Plaintiffs are advised that their failure to file a timely response to this Order shall be deemed their consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**